**David Lee DANIELS, Appellant,**

v.

**Sheriff Keith FERGUSON, in both his individual and official capacities; Sue McDonald, in both her individual and official capacities; Dr. Neil Mullins, in both his individual and official capacities; Cpl. Powell, in both his individual and official capacities; Cpl. Reams, in both his individual and official capacities; Officer Hernandez, in both his individual and official capacities; Officer Adams, in both his individual and official capacities, Appellees.**

No. 08–3250.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 1, 2009.

Filed: Dec. 9, 2009.

David Lee Daniels, Arkansas Department of Correction, Tucker, AR, for Appellant.

Janan A. Davis, Jeremy Michael McNabb, Jason E. Owens, Michael R. Rainwater, Rainwater & Holt, Little Rock, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate David Daniels appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Having carefully reviewed the record and considered Daniels's arguments, *see Johnson v. Bi–State Justice Ctr.*, 12 F.3d 133, 135–37 (8th Cir.1993) (standard of review; after evidentiary hearing, dismissal is proper if evidence does not present sufficient disagreement to require submission to jury but is so one-sided that one party must prevail as matter of law), we find no basis for reversal, *see Bell v. Wolfish*, 441 U.S. 520, 535–40, 99 S.Ct. 1861, 60 L.Ed.2d 447 (1979) (standard applicable to conditions-of-confinement claims by pretrial detainees).

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B.